**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**





UNITED STATES OF AMERICA
(Rural Development)

VS.                                CIVIL NO. __98-2162__ (JAF)

MARIBEL ALBELO RODRIGUEZ

---

### DESCRIPTION OF MOTION

DATE FILED: 8/5/99  DOCKET: 11     TITLE: MOTION FOR LEAVE TO
                                   CONTINUE WITH FORECLOSURE

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

OTHER:

---

September 8, 1999                     _____
DATE                                  JOSE ANTONIO FUSTE
                                      U. S. DISTRICT JUDGE