UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| (Rural Development) | : CIVIL NO. 98-2162(JAF) |
| | : |
| Plaintiff | : FORECLOSURE OF MORTGAGE |
| v. | : |
| | : |
| MARIBEL ALBELO RODRIGUEZ | : |
| | : |
| Defendant | : |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described herein below by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of Bayamon, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

URBANA: el Plano de Inscripción final de la Urbanización Residencial Guarico con el NUMERO CUATRO (4) del Bloque "R" con una cabida superificial de Doscientos Noventa y Tres Punto Veinticinco (293.25) metros cuadrados, en lindes: por el NORTE: en Doce Punto Setenta y Cinco (12.75) metros con terrenos de la Caribe China Corporation; por el SUR: en doce punto setenta y cinco (12.75) metros con la Calle Número Ocho (8) de la Urbanización; por el ESTE: en veintitres (23.00) metros con el Lote Número Cinco (5) del mismo Bloque "R"; y por el OESTE: en Veintitres (23.00) metros con el Lote Número Tres (3) del mismo Blque "R".

Enclava una casa de hormigón armado y bloques de concreto de una sola planta, diseñada para fines residenciales y construída de acuerdo con los planos y especificaciones de la Adminstración Federal de Hogares para Agricultores y la Junta de Planificación de Puerto Rico.



Cancellation of Lis Pendens
Case No. 98-2162(JAF)
Page 2

Plaintiff's mortgage is recorded at page 271, volume 235 of Vega Baja, property 15781, 1st inscription at the Property Registry of the Property of Bayamón II, Puerto Rico.

Lis pendens recorded at the Property Registry of Bayamon, Section II, at page 555, Entry 167, upon the property subject of this action.

San Juan, Puerto Rico, this *10th* day of *March*, 2000.

_____

UNITED STATES DISTRICT JUDGE